**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**THOMAS A CAMPANELLA and
DEBORAH L. CAMPANELLA,**

       **Plaintiffs,**

    **v.**                                        **Case No. 3:06cv00352/RV/MD**

**McGRIFF, SIEBELS & WILLIAMS, INC.,**

       **Defendant.**

_____/

## ORDER OF DISMISSAL

Upon consideration of the Notice of Final Settlement, this cause is hereby dismissed, with prejudice and without taxation of costs.

DONE AND ORDERED this 16th day of January, 2008.


                             /s/ *Roger Vinson*
                             **ROGER VINSON
                             Senior United States District Judge**